IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TARRIER STEEL COMPANY, INC., | : | |
| | : | Case No. 2:18-cv-528 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Deavers |
| WESEX CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's September 17, 2018, Report and Recommendation which recommended that the Court direct the Clerk to enter default against Defendant Wesex Corporation as to Plaintiff Tarrier Steel Company's Complaint (ECF No. 11) and against Wesex as to Defendant/Cross-Claim Plaintiff CLL Label Inc's Cross-Claim. (ECF No. 6).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 18 at 3). The parties have failed to file any objections, and the deadline for objections (October 1, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Clerk is **DIRECTED** to enter default against Wesex on Tarrier's Complaint (ECF No. 11) and CLL Label's Cross-Claim (ECF No. 6).

    IT IS SO ORDERED.          s/ Algenon L. Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**DATED: October 17, 2018**