IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE TARRIER STEEL COMPANY,** | : |
| | : Case No. 1:18-cv-0528 |
| Plaintiff, | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Deavers** |
| **WESEX CORPORATION, et al.,** | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiff Tarrier Steel Company's Motion for Voluntary Dismissal of all claims against Defendant Wesex Corporation. (ECF No. 59). On October 3, 2019, Plaintiff represented in its status report that it does "not intend to pursue its claims against Wessex at this time." (ECF No. 57). The Court then issued an Order directing Plaintiff to file this Motion to Dismiss. (ECF No. 58). Plaintiff filed its Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) on October 11, 2019. Defendants did not file any objections. For these reasons, Plaintiff's Motion is hereby **GRANTED** and its claims against Defendant are **DISMISSED.**

IT IS SO ORDERED.

                                                       s/Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE: March 2, 2020**